IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:26-mj- 16 |
| | ) | |
| NDARUHUTSE PACIFIQUE, | ) | |
| | ) | |
| Defendant. | ) | |

**SUPERSEDING CRIMINAL INFORMATION**

Count I (Class A Misdemeanor – E2575158)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 4th, 2025, at Joint Base Myer-Henderson Hall, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, NDARUHUTSE PACIFIQUE, did drive or operate a motor vehicle while having a blood alcohol concentration of 0.08 percent or more by volume or 0.08 grams or more per 210 liters of breath as indicated by a chemical test administered as provided (to wit: a .15).

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-266(i).)

Count II (Class A Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 4th, 2025, at Joint Base Myer-Henderson Hall, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, NDARUHUTSE PACIFIQUE, did unlawfully drive and operate a motor vehicle while under the influence of alcohol.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-266(ii).)

Count III (Petty Offense – E2575157)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 4th, 2025 at Joint Base Myer-Henderson Hall, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, NDARUHUTSE PACIFIQUE, did approach an intersection on a highway controlled by a stop sign and fail to stop at a clearly marked stop line, or, stop at the point nearest the intersecting roadway where the driver has a view of approaching traffic on the intersecting roadway.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-821.)

Respectfully submitted,

By: _____/s/_____
Cain Crouse
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: cain.crouse@usdoj.gov

CERTIFICATE OF SERVICE

      I certify that on January 22, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By:         /s/
Cain Crouse
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: cain.crouse@usdoj.gov